**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **LANIE McCANN** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 22-2502** |
| **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES** | * | **SECTION "H"** |
| | * | **MAGISTRATE 2** |

\* \* \* \* \* \* \* \* \*

***EX PARTE* MOTION FOR LEAVE**
**TO FILE REPLY MEMORANDUM**

**NOW INTO COURT,** through undersigned Assistant United States Attorney, comes defendant the United States Citizenship and Immigration Services (USCIS) who upon suggesting to the Court that it filed a Motion for Summary Judgment and that Plaintiff, Lanie McCann, filed an opposition thereto. Rec. Doc. 19, Motion for Summary Judgment; Rec. Doc. 20, Memorandum in Opposition. Defendant seeks an opportunity to address the arguments and claims raised by Plaintiff in her opposition memorandum by filing a Reply Memorandum thereto. Although the Court has already issued an Order that provided a deadline for Defendant to file any reply, Rec. Doc. 18, Defendant moves for leave to file the same out of an abundance of caution.

**WHEREFORE,** defendant, USCIS, prays that this Motion be granted and that it be

permitted to file the attached Reply to Plaintiff's opposition memorandum.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

_s/ Brock D. Dupre_
**BROCK D. DUPRE**
Assistant United States Attorney
LA Bar Roll No. 28563
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3005
Facsimile: (504) 680-3184
Brock.dupre@usdoj.gov