UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LANIE McCANN** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 22-2502** |
| **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES** | * | **SECTION "H"** |
| | * | **MAGISTRATE 2** |

\* \* \* \* \* \* \* \* \*

**DEFENDANT'S RESPONSE TO THE
COURT'S ORDER DATED JULY 24, 2023**

**MAY IT PLEASE THE COURT:**

Defendant, the United States Citizenship and Immigration Services (USCIS), through the undersigned Assistant United States Attorney, respectfully submits this response to the Court's Order dated July 24, 2023. Rec. Doc. 25. Pursuant to the Court's order, USCIS must file into the record "supplemental declarations taking into account the shortcomings identified herein." *Id*. at p. 13. Therefore, attached in globo as Exhibit 1, is a supplemental declaration prepared by USCIS. Ex. 1, Declaration of Jarrod Panter, Acting Associate Center Director and Chief FOIA Officer in the Freedom of Information and Privacy Act (FOIA/PA) Unit, National Records Center (NRC), USCIS.

**WHEREFORE**, USCIS prays that this supplemental declaration be deemed sufficient to satisfy the Court's concerns identified in her Order of July 24, 2023. Rec. Doc. 25.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

   *s/ Brock D. Dupre*
**BROCK D. DUPRE**
Assistant United States Attorney
LA Bar Roll No. 28563
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3005
Facsimile: (504) 680-3184
Brock.dupre@usdoj.gov