**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LANIE MCCANN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-2502** |
| **U.S. CITIZENSHIP AND IMMIGRATION SERVICES** | **SECTION: "H"** |

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation relating to Plaintiff Lanie McCann's Motion for Attorneys' fees (Doc. 36). Plaintiff filed objections to the Report and Recommendation on August 10, 2026. Accordingly, the Court reviews the Report and Recommendation *de novo*. The Court, after considering the memoranda, the exhibits, the applicable law, the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. The Court only wishes to emphasize the following reasoning.

In Plaintiff's objections, she argues that the Magistrate was "undeniably wrong" in finding that the Plaintiff's Motion was untimely under Federal Rule of Civil Procedure 52(d)(2)(B)(i), characterizing the Magistrate's reasoning as

"troubling."[1] Plaintiff contends that Local Rule 54.3 supersedes Rule 52 and allows a motion for attorney fees to be filed within thirty-five days of receiving notice of the entry of judgment. Plaintiff's troubles are misplaced. Local Rule 54.3 is titled "Certification of *Costs*" and allows a prevailing party to file a "motion to tax *costs*" within thirty-five days of receiving the notice of entry of judgment. Attorney fees are not costs, nor are they mentioned once in Local Rule 54.3. Plaintiff's Motion is untimely.

Accordingly,

**IT IS ORDERED** that Plaintiff Lanie McCann's Motion for Attorneys' Fees is **DENIED.**

New Orleans, Louisiana this 30th day of October, 2026.

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

[1] Doc. 44-1 at 23.